AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

v.

Carlos David Perez

CASE NUMBER: 1:05M-76M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CARLOS DAVID PEREZ

I certify that I am admitted to practice in this court.

May 25, 2005
*Date*

[signature] 2420
*Signature*

Thomas R. Dalmone 2420
*Print Name* *Bar Number*

735 Smith St
*Address*

Providence, RI 02908
*City* *State* *Zip Code*

401-454-1400 401-454-1402
*Phone Number* *Fax Number*

3

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher