AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Rhode Island

USA v. Carlos Perez

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 1:05-M-76M

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MT Martin | Govt Stephen Dambruch | Thomas DiSimone |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5-31-05 | | Martha Saucier |

| Govt PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | W-1 | | | Stephen Branch |
| 1 | | 5-31-05 | ✓ | ✓ | Affidavit |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.