030596

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
MAY 25 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

CARLOS DAVID PEREZ

## WARRANT FOR ARREST

CASE NUMBER: 1:05M176M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Carlos David Perez
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Possession with the intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base,

in violation of

in violation of
Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(A)

DAVID L. MARTIN
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

05-25-2005 Providence, Rhode Island
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by FBI | | |
| DATE RECEIVED 05/25/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Cal Wyant |
| DATE OF ARREST 05/24/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.