IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR 05 72 ML |
| | : | |
| | : | In Violation of 21 U.S.C. §§ |
| v. | : | 841(a)(1) and (b)(1)(A) |
| | : | |
| CARLOS DAVID PEREZ | : | |

## INDICTMENT

The Grand Jury charges that:

On or about May 24, 2005, in the District of Rhode Island, the defendant, CARLOS DAVID PEREZ, did knowingly and intentionally possess with intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 6-15-05