**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-72ML** **DATE: June 24, 2005**

**TITLE: USA v. Carlos David Perez**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Stephen Dambruch, AUSA
John DeSimone, Esq.
Charleen Tryhubczak, Pretrial Services
Jose Kleinberg, Interpreter

**PROCEEDINGS:**

Arraignment and Detention Hearing:

Deft informed of charge and rights.
Deft understands charge and rights.
Deft pleads not guilty.
Arraignment order entered by the Court.
Attorneys argue bail/detention.
Deft remanded to custody.