AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

v.

Carlos David Perez

CASE NUMBER: 05-72 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Carlos David Perez

I certify that I am admitted to practice in this court.

6/24/05
*Date*

[signature] for Arraignment
*Signature*

John J. DeSimone 3373
*Print Name* *Bar Number*

735 Smith St
*Address*

Prov. RI 02904
*City* *State* *Zip Code*

*Phone Number* *Fax Number*

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.