UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR05-72ML |
| | : | |
| CARLOS DAVID PEREZ | : | |

DEFENDANT'S REQUEST FOR DISCOVERY
PURSUANT TO RULE 16(a) OF THE
FEDERAL RULES OF CRIMINAL PROCEDURE

Now comes the Defendant in the above matter and moves pursuant to Rule 16(a) of the following:

1. Any relevant oral statements made by the Defendant, before or after arrest, in response to interrogation by a person the Defendant knew was a government agent if the government intends to use the statement at trial.

2. Any relevant written notice or recorded statement by the Defendant.

3. Any written record containing the substance of any relevant oral statement made before or after arrest if Defendant made said statement in response to interrogation by a person the Defendant knew was a government agent.

4. The Defendant's recorded testimony for a grand jury relating to the charged offense.

5. Any prior criminal record of the Defendant.

6. Any and all books, papers, documents, data, photographs, tangible objects, buildings or places if said that are within the governments possession custody or control as provided in Rule 16(a)(1)(E).

7. Any and all results or reports of any physical or mental examination and of any scientific test or experiment.

CARLOS DAVID PEREZ
by his Attorney,

Dated: July 8, 2005

Thomas R. DeSimone, Esq. #2420
DeSimone & DeSimone
735 Smith Street
Providence, RI 02908
(401) 454-1400

CERTIFICATION

I hereby certify that on the 8th day of July, 2005, I mailed a copy of the within Motion to Stephen G. Dambruch, Assistant U.S. Attorney, 50 Kennedy Plaza, Providence, Rhode Island 02903.

FILED