# United States District Court

DISTRICT OF

Rhode Island

APPEARANCE

United States
v
Carlos David Perez

CASE NUMBER:
CR 05-72 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant

27 July 2005
Date

[signature]
Signature

John F Cicilline
Print Name

381 Atwells Av
Address

Prov RI 02909
City State Zip Code

401 273 5600
Phone Number