**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR No. 05-072ML**

**CARLOS DAVID PEREZ**

FILED
SEP 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION TO CONTINUE**

Now comes the defendant Carols David Perez in the entitled cause and moves to continue his Rule 11 hearing for a period of thirty days.

Respectfully submitted
Carlos David Perez
By his Attorney,

John F. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909
401-273-5600
401-454-5600

**CERTIFICATION**

I, the undersign hereby certify to be delivered a true copy of the with in on this 7 day of September, 2005, to Stephen G. Dambruch, Esq., at the United States Attorneys Office, 50 Kennedy Plaza, Providence, RI 02903.

Gena Rosario

Granted.
Mary M. Lisi
USDJ 9/15/05