**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR NO. 05-072-ML**

**CARLOS DAVID PEREZ**

## MOTION TO WITHDRAW

Now comes John F. Cicilline in the above-entitled cause and avers:

1. That he was retained as counsel for the defendant.

2. That the defendant wishes to pursue a course associated with a plea, but his not furnished counsel with the funds to retain the expert.

3. That all communication has been impossible to effectuate.

WHEREFORE, John F. Cicilline moves that he be permitted to withdraw.

Respectfully submitted,
Carlos David Perez,
By his attorney,

John F. Cicilline, Esquire #0433
381 Atwells Avenue
Providence, RI 02909
OFFICE 401 2735600
FAX 401 454-5600

## CERTIFICATION

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered on this the 29th day of September 2005, to **Stephen Dambruch**, Assistant U.S. Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.