AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

CARLOS DAVID PEREZ

APPEARANCE

CASE NUMBER: CR 05-072 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CARLOS DAVID PEREZ

I certify that I am admitted to practice in this court.

11/10/05
*Date*

[signature]
*Signature*

Thomas R. DeSimone 2420
*Print Name* *Bar Number*

735 Smith St
*Address*

Prov. RI 02904
*City* *State* *Zip Code*

401-454-1400 401-454-1402
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.