UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : C.R. 05-072-01ML

CARLOS DAVID PEREZ :

NOTICE OF INTENTION TO PLEAD GUILTY

Now comes the Defendant in the above entitled matter and hereby notifies the Court that Defendant will plead guilty in the above matter. Said guilty plea is to a one count indictment wherein Defendant knowingly and intentionally possessed with intent to distribute fifty grams or more of a controlled substance to wit cocaine in violation of 21 U.S.C. §§841 (a) (1) and (b) (1) (A).

Defendant has been advised of by his attorney of his constitutional rights to a trial by jury, the presumption of innocence, privilege against self-incrimination, right of confrontation, his right to have the government prove all the elements of the crime beyond a reasonable doubt, his right to present evidence, his right to testify on his own behalf if he so chose.

Dated: November 15, 2005

CARLOS DAVID PEREZ

Thomas R. DeSimone, Esquire #2420
735 Smith Street
Providence, RI 02908
(401) 454-1400