UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : CR05-72ML
:
CARLOS DAVID PEREZ

**MOTION FOR CONTINUANCE**

Now comes the Defendant, Carlos David Perez, by and through his attorney and hereby requests that this Honorable Court continue the sentencing hearing that is scheduled for Friday, February 17, 2006 on the grounds that:

1. My interpreter has been unexpectedly out of the country due to a death in the family and will be returning on Sunday, February 19, 2006.

2. I need additional time to meet with my client and the interpreter to review the sentencing material in this case.

3. I will be out of town on a personal matter until from February 19, 2006 to February 23, 2006 and therefore request that the sentencing hearing be continued to anytime after March 1, 2006.

Defendant,
By his Attorney,

Dated: February 15, 2006

Thomas R. DeSimone

Thomas R. DeSimone, Esquire #2420
DeSimone & DeSimone
735 Smith Street
Providence, RI 02904
Ph: (401) 454-1400
Fax: (401) 454-1402

Granted.
Mary M. Lisi
USDJ 2/16/06

**NOTICE**

Please take notice that a sentencing hearing is scheduled to be heard on Friday, 17, 2006.

**CERTIFICATION**

I hereby certify that on the 15th day of February, 2006, I mailed a true copy of the within Motion to AUSA Stephen G. Dambruch, U.S. Department of Justice, United States Attorney District of Rhode Island, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 and faxed to (401) 709-5001. I also faxed a copy to the Barbara Barletta, Deputy Clerk to David A. DiMarzio, Clerk of Court at 752-7255#7204##.

Susan Loporchio