IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

---

CARLOS DAVID PEREZ, PRO SE,

Petitioner,

Vs. Case No. 1:05CR00072-01(ML)

UNITED STATES OF AMERICA,

Respondent.

---

**MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(2) AND UNITED STATES SENTENCING GUIDELINES § 1B1.10 AMENDMENT 706 EFFECTIVE MARCH 03, 2008 CONCERNING COCAINE BASE " CRACK "**

---

CARLOS DAVID PEREZ, PRO SE

NORTHEAST OHIO CORRECTIONAL CENTER

2240 HUBBARD ROAD

YOUNGSTOWN, OHIO 44505

---

MAY 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

---

CARLOS DAVID PEREZ,
Petitioner, Pro Se

Vs. Case No. 1:05CR00072-01(ML)

UNITED STATES OF AMERICA,
Respondent.

X

MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(C)(2) AND UNITED STATES SENTENCING GUIDELINES § 1B1.10; AMENDMENT 706 EFFECTIVE MARCH 03, 2008 CONCERNING COCAINE BASE " CRACK ".

---

Honorable Judge :

NOW COMES the Petitioner, Carlos David Perez, by and through Pro Se, and respectfully moves this Honorable Court, pursuant to 18 U.S.C. § 3582(c)(@) and 1B1.10 of the Sentencing Guidelines, to reduce his sentence based upon the Amendment 706 to 2D1.1(c) of the Sentencing Guidelines which becomes effective March 03, 2008; lowering the offense level for the cocaine base " crack " by TWO-LEVEL.

In support thereof, Petitioner states as follows:

1- On November 28, 2005, Petitioner plead guilty in Court and was sentence to a term of 72 months by this Honorable Court in violation of 21 U.S.C. § 841(a)(1), Possession with inten to Distribute Cocaine Base " crack ".

2- Pursuant to the Plead Guilty in front of the Judge and the Pre-sentence Report as adopted by this Court in the Judgement entered in this action, the base offense level applicable to Petitioner because he participated in the distribution of at least 179.92 grm. of cocaine base " crack ", pursuant to § 2D1.1(c)(3) the offense level is (34).

3- Effective March 03, 2008 the Section 2D1.1 of the Sentencing Guidelines is amendend by lowering the basic level for cocaine base " crack" of TWO-LEVEL.

4- That as established under § 1B1.10 of the Sentencing Guidelines, the Commission's decision on December 11, 2007 is to applied retroactively.

5- That under the new Guidelines, the basic level for Petitioner's offense lowering by two levels becomes now Thirty-two (32).

6- Therefore, Petitioner Carlos Perez, is entitled to be resentenced under the retroactively applied amendment.

7- That at the original sentence, Petitioner's offense level was reduced by three (3) levels for acceptance of responsability ( U.S.S.G. § 3E1.1 ), and also Two (2) levels for the safety valve ( U.S.S.G. § 5C1.2 ).

8- No other factor are presented justifying any other changes in the computation of Petitioner's adjusted offense level.

9- That after the appropriate adjustments are calculated, the new offense level will be (27).

10- That Petitioner's criminal history compuattion remains at category one (I), as computed in the original PSR.

11- That the appropriate Guidelines renge for an offense level (27), category one (I) is ( 70 - 87 ) months.

12- That a Petitioner's sentence on July 27, 2006, this Court Imposed a sentence of 72 months, the lower end of the Guidelines. ( Under )

13- That if this Honorable Court maintains it's position and imposes the same end of the new applied range, Petitioner's sentence will be 60 months. Under the Guidelines range.

14- That under the exsiting computation of the ( BOP ), my current release date is 08-15-2010, and if this Honorable Court grant this motion my new projected release date is around **09-24-09**, making a prompt decision on this motion extremely important.

15- Petitioner wants this Court to know that at the end of his sentence he is gonna be deported to Dominican Republic, making an impossibility to be a danger to society.

16- Petitioner wants this Court to know that in the almost Three (3) years that he had been in prison, he had good discipline, had worked, I have try to rehabilitate myself to become a better member of society, a better father, and a better person.

## CONCLUSION

Wherefore, based on the foregoing arguments and authorities, this Honorable Court is respectfully urged to reduce the Petitioner's sentence to 60 months, and enter a new Judgement in this Criminal Case, and any and other and further relief which this Honorable Court deems just and fair.

Respectfully submitted

Carlos D. Perez

Carlos D. Perez, Pro Se
Petitioner

Dated 5/12/08

CERTIFICATE OF FILLING AND SERVICE

I HEREBY DECLARE pursuant to 28 U.S.C. § 1746, an original and true and correct copies of the foregoing " Petition to Correct Sentence" were filed with the Clerk of the Court by prepaid first class U.S. mail in sealed envelope addressed to :

Office of the Clerk
United States District Court
For the District of Rhode Island
One Exchange Terrace
Providence, Rhode Island 02903

Served To :

Honorable Judge Mary M Lisi
United Stated District Judge
For the District of Rhode Island
One Exchange Terrace
Providencem Rhode Island 02903

Served To :

Gerard B Sullivan, AUSA
U.S. Attorney Offices
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, Rhode Island 02903

By placing them in the mailing system of CCA-NEOCC, at 2240 Hubbard Road Youngstown, Ohio 44505-3157, on May 11, 2008, pursuant to HOUSTON V. LACK, 487 U.S. 266, 270 ( 1988 ).

By : Carlos D Perez

Carlos David Perez
Reg # 05618-070
NEOCC
2240 Hubbard RD.
Youngstown, Ohio 44505