IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. No. 05-72-ML
:
CARLOS DAVID PEREZ :

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR SENTENCE REDUCTION

## I. INTRODUCTION

The defendant, Carlos David Perez, has moved for a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2) and USSG §§ 1B1.10 and 2D1.1. Perez's motion is grounded upon a 2007 amendment to the United States Sentencing Guidelines which generally reduce by two levels the offense levels found in USSG § 2D1.1 for cocaine base. For the following reasons, the government does not object to the Defendant's motion.

## II. DISCUSSION

The government has reviewed the sentencing memorandum prepared by Probation Officer, Kristin Ann Mattias, and agrees with it in all respects. Additionally, because the defendant has not received any incident reports while incarcerated and is facing near certain deportation, the government respectfully suggests that the defendant be sentenced to 58 months imprisonment with all the original conditions, 5 years supervised release, surrender to Immigration officials upon release, remain

outside the United States if deported, and a $100.00 special assessment -- reimposed.

## III. CONCLUSION

For the above reasons the defendant's motion should be granted.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Richard W. Rose
Richard W. Rose, RI Bar #4522
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050 /401-709-5001 (fax)
richard.rose@usdoj.gov

CERTIFICATION

I hereby certify that on the 6th day of June, 2008, I electronically filed and served the Within Government's Response To Defendant's Motion For Sentence Reduction with the United States District Court and to:

Kristin Ann Mattias
U.S. Probation Officer
U.S. Probation Office
2 Exchange Terrace
Providence, RI 02903

and by U.S. Mail, postage prepaid to:

Carlos David Perez
Reg. No. 05618-070
2240 Hubbard Road
Youngstown, OH 44505

/s/ Richard W. Rose
Richard W. Rose, RI Bar #4522
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050 /401-709-5001 (fax)
richard.rose@usdoj.gov